UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARKUS COWARD,

                Plaintiff,

v.

STATE UNIVERSITY OF NEW YORK,
STATE UNIVERSITY OF NEW YORK AT
BROCKPORT, NAZARETH COLLEGE , and
CATHOLIC CHARITIES OF THE DIOCESES OF
ROCHESTER,

                Defendants.

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE AGAINST DEFENDANT CATHOLIC CHARITIES OF THE DIOCESES OF ROCHESTER**

Civil No. 6:16-cv-06842

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff and Defendant Catholic Charities of the Dioceses of Rochester, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action by Plaintiff against Catholic Charities of the Dioceses of Rochester be, and the same hereby is, discontinued, on the merits and with prejudice, without costs to any party as against another. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: May 21, 2018

HALL LAW FIRM PLLC

s/ Earl Thomas Hall

---

Earl Thomas Hall, Esq.
*Attorney for the Plaintiff*
4 Wenlock Road
Fairport, New York 14450
Phone: (585) 244-8743
Fax: (888) 866-6920
ehall@hall-law-firm.com

Dated: May 21, 2018

HARRIS BEACH PLLC

s/ Scott D. Piper

---

Scott D. Piper, Esq.
*Attorneys for Defendant Catholic Charities of the Dioceses of Rochester*
99 Garnsey Road
Pittsford, New York 14534
Phone: (585) 419-8800
Fax: (585) 419-8817
spiper@harrisbeach.com

HARRIS BEACH
ATTORNEYS AT LAW

SO ORDERED:

_____
Hon. Charles J. Siragusa
United States District Judge
Date: MAY 22, 2018

HARRIS BEACH
ATTORNEYS AT LAW

2